YENIER CARDENTEY,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-3825

_____/

Opinion filed March 19, 2015.

An appeal from the Circuit Court for Clay County.
Mark J. Borello, Judge.

Benjamin S. Waxman of Robbins, Tunkey, Ross, Amsel, Raben & Waxman, P.A., Miami, for Appellant.

Pamela Jo Bondi, Attorney General, and Justin D. Chapman, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

MARSTILLER, SWANSON, and OSTERHAUS, JJ., CONCUR.